**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:22-cv-462 |
| | ) | Judge Trauger |
| MENDBNB, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On October 24, 2023, the Magistrate Judge issued a Report and Recommendation

(Doc No. 39), to which no timely objections have been filed.  The Report and Recommendation is

therefore ACCEPTED and made the findings of fact and conclusions of law of this court.  For the

reasons expressed therein, the following are hereby ORDERED:

1.    the Motion for Summary Judgment filed by Plaintiff Christopher Daniels (Docket Entry No. 29) is GRANTED in all respects;

2.    a judgment for damages is GRANTED to Plaintiff Christopher Daniels on his FLSA claim, and he is awarded a total judgment in the amount of $12,446.40, consisting of $6,223.20 in overtime back pay and $6,223.20 in liquidated damages; and,

3.    summary judgment is GRANTED in favor of Plaintiff Christopher Daniels on the counterclaim brought by Defendant Mendbnb.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil

Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge