IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER DANIELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:22-cv-462 |
| ) | Judge Trauger |
| MENDBNB, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On February 15, 2024, the Magistrate Judge issued a Report and Recommendation (Doc No. 48), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Award of Statutory Attorney's Fees (Doc. No. 43) is GRANTED, and attorney's fees in the amount of $18,650.00 are hereby awarded to the plaintiff, to be paid by the defendant.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge